**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL GRANT,** <br><br> **v.** <br><br> **CITY OF PHILADELPHIA,** *et al.* | **CIVIL ACTION** <br><br> **NO. 20-735** |

## ORDER

**AND NOW,** this 20th day of September 2021, following hearing in open court with counsel and considering arguments regarding (1) Defendants' Motion to Dismiss (ECF 23), and the Response thereto (ECF 30); (2) Plaintiff's Motion to Compel (ECF 43) and the Response and Reply thereto (ECF 44 and 45, respectively); the Court hereby **ORDERS**:

1. Defendants' Motion to Dismiss is GRANTED without prejudice as to Count V.

2. Plaintiff is granted leave to amend his complaint as to Count V and is instructed to clearly identify each policy and/or custom that he is challenging under a <u>Monell</u> theory of liability and provide factual allegations in support for each.

3. Within 14 days, Defendant is to produce to Plaintiff all documents responsive to Counts I through III.

**BY THIS COURT:**

**/s/ MICHAEL M. BAYLSON**

_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Kelly Jo 2021\Cases\20-cv-00735 Grant v. City of Philadelphia\20cv00735 Grant v. Philadelphia Order re Motion to Dismiss.docx