# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL GRANT,** *Plaintiff,* <br><br> **v.** <br><br> **CITY OF PHILADELPHIA,** *et al.* *Defendants.* | **CIVIL ACTION** <br><br> **NO. 20-735** |

## ORDER

**AND NOW,** this 20th day of October 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF 101), and Plaintiff's Response (ECF 108), as well as all submissions and oral argument related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment as to Counts I, II, and III against Emile Sauris and Steven Moffit is **GRANTED**.

2. Defendants' Motion for Summary Judgment as to Counts IV and V against the City of Philadelphia is **GRANTED**.

3. The Second Amended Complaint (ECF 55) is therefore **DISMISSED** with prejudice, and the Clerk shall close this case.

BY THIS COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-735 Grant v. City of Phila et al\20cv00735 Order re SJ (2).docx