IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Michael Grant, Plaintiff :   Civil Action
v. :   No. 20cv00735
P.L. Lopez and P.C. Snyder, Defendants

NOTICE of APPEAL

Plaintiff Michael Grant hereby appeals to the United States Court of Appeals for the Third Circuit from the final order entered October 20, 2022.

Date: November 3, 2022

J. Michael Considine, Jr., P.C.
By: J. Michael Considine, Jr.
1845 Walnut Street, Suite 1199
Philadelphia, PA 19103
564-4000
a

Vicki Piontek, Esquire,
58 East Front Street
Danville, PA. 17821
(570) 946-9045
(215) 290-6444
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I, J. Michael Considine, Jr., hereby certify that I filed the Notice of Appeal and in so doing served Kathryn Faris, City of Phila. Law Dept.,, 1515 Arch Street, 14th Floor, Phila., PA 19102 and Vicki Piontek, Esquire, 58 East Front Street, Danville, PA. 17821 on the date indicated below:

Date: November 18, 2022     s/ J. Michael Considine, Jr.

1